# Exhibit 2

Charted Claims:

Device Claim: 1

| US11095757 | NEC's ProgrammableFlow Controller ("Accused Product") |
|---|---|
| 1. An interface device for interfacing between a network device and a software-defined networking (SDN) controller, the interface device comprising: a first interface for connecting the interface device to the SDN controller; | The accused product discloses an interface device (e.g., ProgrammableFlow) for interfacing between a network device (e.g., switches) and a software-defined networking (SDN) controller, the interface device (e.g., ProgrammableFlow Controller) comprising: a first interface (e.g., northbound interface via RESTful API) for connecting the interface device (e.g., ProgrammableFlow Controller) to the SDN controller.<br><br>As shown below, the accused product is an SDN solution that supports OpenFlow Specification that has both northbound and southbound interfaces for connecting network devices from multiple vendors to the network applications.<br><br>**Overview**<br><br>While today you can spin up hundreds of virtual machines in literally minutes, it will typically take weeks or even longer to provision the supporting network services.  This bottleneck, a direct result of the static nature of legacy networks, coupled with extreme complexity, vendor lock-in, and a dependence on error-prone manual processes, are examples of the driving forces behind a new, open and programmable network paradigm.<br><br>OpenFlow based Software-defined Networking attacks these<br><br>The OpenFlow-based NEC ProgrammableFlow Networking Suite was the first enterprise-class SDN solution to be commercially available, operating today in production environments on a global basis.  First introduced in May of 2011, the current Version 5 offers a high-performance, carrier-strength network fabric, complete with a centralized SDN controller that supports the OpenFlow 1.3 protocol, physical and virtual switches, including hybrid offerings that can work in both OpenFlow and traditional networks.<br><br>https://magri.biz/brochures/Programmable-Flow.pdf |

**At a Glance**

- Simple, scalable, secure, application-aware networks with a complete enterprise and carrier-class Software-defined Networking (SDN) solution, including the award-winning ProgrammableFlow PF6800 SDN controller, physical and virtual network switches, and an Ecosystem of partners.

- Best-in-Class interoperability and investment protection, including support of the 1.3 OpenFlow1 standard, and demonstrated operations with multiple switch vendors

- Network-wide virtualization, featuring a high performance, resilient network fabric offering high availability and management of network flows up to 1 Terabyte

- Granular, end-to-end network visibility and control from a central point for dynamic, policy-based network management featuring advanced automation

https://magri.biz/brochures/Programmable-Flow.pdf



https://magri.biz/brochures/Programmable-Flow.pdf

## Network programmability for accelerated delivery of services

OpenFlow and ProgrammableFlow technology decouple the data path from the control path, so organizations can now easily introduce changes into the network and customize it to suit their business needs. A programmable network in the future will be essential to position enterprises and solution providers for significant competitive advantage. Programmable interfaces, available both Northbound and Southbound from the ProgrammableFlow controller, will allow customers to take advantage of rich development and network services that are now becoming available.

NEC has established the first OpenFlow-based SDN ecosystem, featuring both northbound and southbound partners to add value to your NEC network investment, providing both interoperable OpenFlow-based switching and

L4-L7 services. Today this includes three key IT segments: increased network optimization, manageability and availability. Already these areas are populated with NEC and third party solutions, supporting greater business agility, streamlining and accelerating delivery of services and beginning to show the promise of an open, standards-based ecosystem.

## End-to-end network visualization

Integrated into the NEC SDN controller software is a network monitoring function, now providing customers with end-to-end network visualization. Depicting both physical and virtual networks from a single pane, traffic and bottlenecks can be visualized in real time. Now, the complete end-to-end flow is depicted graphically, and control and corresponding action can be taken as needed.

https://magri.biz/brochures/Programmable-Flow.pdf

NEC and has created a robust and scalable API architecture for the Northbound SDN environment that addresses key challenges highlighted in the call for RFI. The NEC SDN paradigm is highlighted in Figure 1: NEC SDN Architecture. NEC has developed proof of concepts with various partners that solve many of the existing SDN problems such as choke points, optimal network access for network statistics, incompatible network controllers and data plane programmability.



1
- Uniform Open API: Open Daylight, UNC, ProgrammableFlow Controller

2
- Decoupled Network model from Control Plane OpenFlow implementation
- L2-L3

3
- Vendor API for Control Plane congestion offloading
- L4-L7

4
- Dynamic Data Models abstracted to VTN
- Measurements and Stats stupported

5
- Offload stats collection
- Enable L4-L7 capabilities
- Enable new use cases and dynamic agility

Source: NEC RFI Response document



**Integrating NEC's ProgrammableFlow and Dell to Build Software Defined Network**
https://www.youtube.com/watch?v=tT-xE6wPcDQ&t=360s



**SDN in Action: An OpenFlow-based Approach**
https://www.youtube.com/watch?v=wIsT-hu8_7E



**Integrating NEC's ProgrammableFlow and Dell to Build Software Defined Network**
https://www.youtube.com/watch?v=tT-xE6wPcDQ&t=360s

Based upon reviews of northbound SDN applications, a common characteristic is a capability to collect measurements and obtain statistics from the data-plane. Common reports include link state data; and flow, packet, and network statistics. For example, many network security applications and algorithms rely on detailed traffic flow reports.

The NEC ProgrammableFlow Controller enables multiple approaches to network statistics collection.

- sFlow:
  - statistics collection
- Physical Network API:
  - physical network statistics collection while supporting a wide range of filters such as DPID, ports, hosts, flows and topologies
- Virtual Network API:
  - virtual abstraction layer statistics collection while supporting a wide range of filters such as virtual hosts, logical bridges, flows and topologies
- Appliances:
  - able to insert(inline) various appliances, applications or statistics collection systems outside of the data plane and control plane to minimize impact on operation

Statistics collection is achieved through a subset of the ProgrammableFlow Controller Northbound API. This API is a RESTful API that conforms to standard OpenFlow specification ideas. For example, the following API command allows access to the physical network flows with querying and filtering capability.

Source: NEC RFI Response document



**SDN in Action: An OpenFlow-based Approach**

https://www.youtube.com/watch?v=wIsT-hu8_7E



https://blog.sflow.com/2013/08/restful-control-of-switches.html

| a second interface for connecting the interface device to the network device; | The accused product discloses a second interface (e.g., southbound interface via HTTP/HTTPS APIs) for connecting the interface device (e.g., ProgrammableFlow Controller) to the network device (e.g., switches). |

### Network programmability for accelerated delivery of services

OpenFlow and ProgrammableFlow technology decouple the data path from the control path, so organizations can now easily introduce changes into the network and customize it to suit their business needs. A programmable network in the future will be essential to position enterprises and solution providers for significant competitive advantage. Programmable interfaces, available both Northbound and Southbound from the ProgrammableFlow controller, will allow customers to take advantage of rich development and network services that are now becoming available.

NEC has established the first OpenFlow-based SDN ecosystem, featuring both northbound and southbound partners to add value to your NEC network investment, providing both interoperable OpenFlow-based switching and

L4-L7 services. Today this includes three key IT segments: increased network optimization, manageability and availability. Already these areas are populated with NEC and third party solutions, supporting greater business agility, streamlining and accelerating delivery of services and beginning to show the promise of an open, standards-based ecosystem.

### End-to-end network visualization

Integrated into the NEC SDN controller software is a network monitoring function, now providing customers with end-to-end network visualization. Depicting both physical and virtual networks from a single pane, traffic and bottlenecks can be visualized in real time. Now, the complete end-to-end flow is depicted graphically, and control and corresponding action can be taken as needed.

https://magri.biz/brochures/Programmable-Flow.pdf



https://blog.sflow.com/2013/08/restful-control-of-switches.html

4. How does the SDN ecosystem support multiple programming languages?

*Rationale*:  To enable an evolving and diverse SDN ecosystem for application development.

*Response:* The NEC ProgrammableFlow Controller supports a RESTful API that supports XML and JSON types. All functionality of the controller is exposed through this API. Any programming language that supports HTTP/HTTPS protocols

©NEC Corporation of America

(or even socket layer communication) can interface with the controllers Northbound API.  Just about any programming language can support such functionality.

Source: NEC RFI Response document

| a vendor and technology specific layer module, which is operative to transmit control and message data | The accused product discloses a vendor and technology specific layer module (e.g., OpenFlow Protocol layer), which is operative to transmit control and message data to, and to receive control and message data from, the network device (e.g., switches) in a native control and message data protocol of the network device (e.g., switches).<br><br>As shown below, the accused product supports OpenFlow Protocol to standardize |

| | |
|---|---|
| to, and to receive control and message data from, the network device in a native control and message data protocol of the network device; | configuration and operations to work with switches from multiple vendors receiving and transmitting control and message data in native protocol.<br><br>NEC and has created a robust and scalable API architecture for the Northbound SDN environment that addresses key challenges highlighted in the call for RFI. The NEC SDN paradigm is highlighted in Figure 1: NEC SDN Architecture. NEC has developed proof of concepts with various partners that solve many of the existing SDN problems such as choke points, optimal network access for network statistics, incompatible network controllers and data plane programmability.<br><br><br><br>Source: NEC RFI Response document |

**At a Glance**

- Simple, scalable, secure, application-aware networks with a complete enterprise and carrier-class Software-defined Networking (SDN) solution, including the award-winning ProgrammableFlow PF6800 SDN controller, physical and virtual network switches, and an Ecosystem of partners.

- Best-in-Class interoperability and investment protection, including support of the 1.3 OpenFlow1 standard, and demonstrated operations with multiple switch vendors

- Network-wide virtualization, featuring a high performance, resilient network fabric offering high availability and management of network flows up to 1 Terabyte

- Granular, end-to-end network visibility and control from a central point for dynamic, policy-based network management featuring advanced automation

https://magri.biz/brochures/Programmable-Flow.pdf

**Network automation delivers OpEx savings**

The ProgrammableFlow Fabric leverages OpenFlow to move the complex and error-prone CLI interfaces into an open and standardized interface. This network automation and configuration works with switches from multiple vendors to provide point-and-click virtual network design and automated topology discovery.

Discovery operates automatically for all devices on the network. Flows can be moved off of devices without interrupting network sessions and when an end point, such as a VM, moves physical locations, the policy automatically moves with it. A design for automation extends to third-party systems that can make on-demand calls to the API to create, edit and delete virtual networks, as well as to add and remove policies.

https://magri.biz/brochures/Programmable-Flow.pdf

**Secure, multi-tenant networking provides needed isolation**

ProgrammableFlow provides greater flexibility and new business models for private and public cloud deployments. The fabric allows multiple virtual networks to securely share a common physical infrastructure. Because they are completely isolated and operate with different policies, each network fabric can be customized without impacting other services.

https://magri.biz/brochures/Programmable-Flow.pdf

| | |
|---|---|
| | 1. How does the SDN ecosystem maintain an open, vendor-neutral, abstract set of APIs for network related entities including but not limited to elements, flows, policies and applications?<br><br>*Rationale:* To simplify network related application development for new and existing SDN controllers.<br><br>©NEC Corporation of America<br><br>▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬<br><br>*Response:* NEC is a major proponent and supporter of the OpenFlow protocol and has many initiatives supporting the proliferation and innovation of the protocol. The OpenFlow protocol enables for vendor-neutral SDN solutions. Additionally the Virtual Tenant Network (VTN) enables clean separation of control plane from applications creating a common and open API enabling a multivendor application ecosystem.<br><br>Source: NEC RFI Response document |
| a device abstraction layer module, which is operative to generate a device | The accused product discloses a device abstraction layer module (e.g., Virtual Tenant Network as layer of abstraction) which is operative to generate a device abstraction model (e.g., VTN model) representing capabilities of the network device (e.g., switches).<br><br>As shown below, the accused product discloses Virtual Tenant Network as a layer of modelling |

| | |
|---|---|
| abstraction model representing capabilities of the network device; and | abstraction by using VTN model to maps multiple switches into one logical virtual switch. Further the accused product discloses entity discovery via physical ports and various other methods.<br><br>NEC and has created a robust and scalable API architecture for the Northbound SDN environment that addresses key challenges highlighted in the call for RFI. The NEC SDN paradigm is highlighted in Figure 1: NEC SDN Architecture. NEC has developed proof of concepts with various partners that solve many of the existing SDN problems such as choke points, optimal network access for network statistics, incompatible network controllers and data plane programmability.<br><br><br>Source: NEC RFI Response document |

| | |
|---|---|
| | 3. How does the SDN ecosystem support interoperability of network control and operational data at-rest and in-motion?<br><br>*Rationale:*  Exposure and marshaling in consistent data formats, structures simplifies network related application development.<br><br>*Response:* As mentioned previously the control and operational data are completely decoupled. The control plane implements OpenFlow as an open and standard control plane configuration and management protocol. These control plane messages are maintained in close proximity to the physical network topology state. The VTN exists as a layer of modeling abstraction that enables end-to-end connectivity, L2 and L3 functionality to be defined independently of the underlying physical topology. The VTN model as defined previously abstracts all necessary components to completely describe L2/L3 network requirements as the model remains consistent with traditional networking models. However, L2 or L3 connectivity can span multiple switches in the data path thus greatly simplifying flow management. The NEC controller manages complexity and efficiency of mapping the VTN model elements to the underlying physical topology.<br><br>Source: NEC RFI Response document |

## 1.2 ProgrammableFlow VTN

The ProgrammableFlow VTN consists of a set of logical model components. These components, when combined, define a specification that details connectivity and flow control. This specification is independent of the physical and virtual OpenFlow/legacy switching architecture. Thus, the VTN model components can subsume potentially hundreds of switches into a single logical element. In the table below, it can be observed that three real switches are abstracted into a single logical virtual switch called a vBridge in the VTN. Specifically, by creating a single logical vBridge, the ProgrammableFlow Controller can implement the VTN specification across hundreds of real switches. If the physical topology changes, the VTN specification is still satisfied due to modification of the underlying physical architecture to satisfy end-to-end connectivity.



Source: NEC RFI Response document

The VTN model consists of the necessary logical abstractions to describe the real network while minimizing management complexity. Each VTN can be considered as a slice of the physical network. Each VTN is entirely isolated from every other VTN. Each VTN is isolated at the switching layer and the Controller layer. Thus, a L2 VTN and a L3 VTN can exist on the same physical topology without conflicting or allowing communication between hosts in either VTN. Additionally, policies, ACLs, applications and appliances can be integrated independently between each VTN without interfering with each other.

Source: NEC RFI Response document

**▌ Network automation delivers OpEx savings**

The ProgrammableFlow Fabric leverages OpenFlow to move the complex and error-prone CLI interfaces into an open and standardized interface. This network automation and configuration works with switches from multiple vendors to provide point-and-click virtual network design and automated topology discovery.

Discovery operates automatically for all devices on the network. Flows can be moved off of devices without interrupting network sessions and when an end point, such as a VM, moves physical locations, the policy automatically moves with it. A design for automation extends to third-party systems that can make on-demand calls to the API to create, edit and delete virtual networks, as well as to add and remove policies.

| | |
|---|---|
| | https://magri.biz/brochures/Programmable-Flow.pdf<br><br>2. How does the SDN ecosystem support network related entity discovery, connection, configuration, performance and fault management?<br><br>*Rationale:* To maintain the functional network management capabilities available to legacy non-SDN networks.<br><br>*Response:* NEC has developed several entity discovery mechanisms in addition to those defined in the OpenFlow protocol specification. The OpenFlow protocol specification defines the means to discover and negotiate capabilities with software and hardware based switches. The NEC ProgrammableFlow Controller uses various common and open technologies to discovery switch topology such as links and link capacity. In addition to these technologies the NEC controller supports discovery of hosts in the network fabric by VLAN and or MAC address dynamically and in an automated fashion. The NEC controller also supports host discovery based on physical port. All of these entity discovery capabilities are exposed through the Northbound API.<br><br>Source: NEC RFI Response document |
| a protocol mapping layer module, which is operative to map control and message data used by the network device onto the device abstraction model, such that messages issued by the SDN controller in its | The accused product discloses a protocol mapping layer module (e.g., internal controller logic), which is operative to map control and message data used by the network device (e.g., switches) onto the device abstraction model, such that messages issued by the SDN controller in its native message format can be transmitted to the network device (e.g., switches) in the native message format of the network device (e.g., switches), and messages issued by the network device (e.g., switches) in its native message format can be transmitted to the SDN controller in the native message format of the SDN controller. |

| | |
|---|---|
| native message format can be transmitted to the network device in the native message format of the network device, and messages issued by the network device in its native message format can be transmitted to the SDN controller in the native message format of the SDN controller. | NEC and has created a robust and scalable API architecture for the Northbound SDN environment that addresses key challenges highlighted in the call for RFI. The NEC SDN paradigm is highlighted in Figure 1: NEC SDN Architecture. NEC has developed proof of concepts with various partners that solve many of the existing SDN problems such as choke points, optimal network access for network statistics, incompatible network controllers and data plane programmability.<br><br><br><br>Source: NEC RFI Response document |

Addressing Controller Incompatibility

NEC is extensively involved in the OpenDaylight community and has contributed its' Virtual Tenant Model (VTN) as a community project. This model unifies the Northbound API across both the OpenDaylight project and the NEC ProgrammableFlow Controller. Based on this open source contribution, any controller can incorporate this technology into their product or open source project. NEC is also extensively involved in the Open Networking Foundation (ONF) to promote and encourage efforts in standardizing the controller Northbound API.

The VTN decouples the physical data plane from applications and orchestration. Therefore, virtual networking topologies can be designed independently of the support for physical switch vendors. The internal controller logic manages the interoperability and mapping between the VTN topologies and the underlying switch topology. The physical topology can be changed independently from the virtual topology and vice versa. In addition to functionality, the NEC ProgrammableFlow Controller is the only certified controller for OpenFlow 1.0 and the first commercial support for OpenFlow 1.3. OpenFlow decouples the data plane from the control plane. OpenFlow 1.3 enables enterprise grade deployments using an entirely open protocol that decouples ASIC from orchestration and management.

Source: NEC RFI Response document

5. What architectural patterns could mitigate the Controller choke point problem? (e.g., Could separation of operational data collection from network data achieve this?)

*Rationale:* Existing network architectures create a constricted conduit through which operational data flows to network controllers. Scaling up the number of controllers, switches, and appliances compounds the problem.

*Response:* The NEC ProgrammableFlow Controller uses a secure channel (out of band management network) as defined within the OpenFlow protocol specification. However, the controller implements many different capabilities to manage efficient utilization and management of control messages. The NEC controller is also capable of handling 25,000 send/receive control messages on this secure channel per second. The NEC controller also uses intelligent flow optimization to eliminate secure channel utilization for Broadcast and Multicast thus drastically reducing utilization of the secure channel. Additionally, NEC supports a "controller of controllers" which treats each controller as a "silo" for physical hardware management thus enabling scalable topology and network deployments. Finally, new modes of operation also support aggregation of data flows in the network further reducing OpenFlow packet-ins sent to the controller on the secure channel.

Source: NEC RFI Response document

3. How does the SDN ecosystem support interoperability of network control and operational data at-rest and in-motion?

*Rationale:*  Exposure and marshaling in consistent data formats, structures simplifies network related application development.

*Response:* As mentioned previously the control and operational data are completely decoupled. The control plane implements OpenFlow as an open and standard control plane configuration and management protocol. These control plane messages are maintained in close proximity to the physical network topology state. The VTN exists as a layer of modeling abstraction that enables end-to-end connectivity, L2 and L3 functionality to be defined independently of the underlying physical topology. The VTN model as defined previously abstracts all necessary components to completely describe L2/L3 network requirements as the model remains consistent with traditional networking models. However, L2 or L3 connectivity can span multiple switches in the data path thus greatly simplifying flow management. The NEC controller manages complexity and efficiency of mapping the VTN model elements to the underlying physical topology.

Source: NEC RFI Response document

1.2    ProgrammableFlow VTN

The ProgrammableFlow VTN consists of a set of logical model components. These components, when combined, define a specification that details connectivity and flow control. This specification is independent of the physical and virtual OpenFlow/legacy switching architecture. Thus, the VTN model components can subsume potentially hundreds of switches into a single logical element. In the table below, it can be observed that three real switches are abstracted into a single logical virtual switch called a vBridge in the VTN. Specifically, by creating a single logical vBridge, the ProgrammableFlow Controller can implement the VTN specification across hundreds of real switches. If the physical topology changes, the VTN specification is still satisfied due to modification of the underlying physical architecture to satisfy end-to-end connectivity.



Source: NEC RFI Response document

The VTN model consists of the necessary logical abstractions to describe the real network while minimizing management complexity. Each VTN can be considered as a slice of the physical network. Each VTN is entirely isolated from every other VTN. Each VTN is isolated at the switching layer and the Controller layer. Thus, a L2 VTN and a L3 VTN can exist on the same physical topology without conflicting or allowing communication between hosts in either VTN. Additionally, policies, ACLs, applications and appliances can be integrated independently between each VTN without interfering with each other.

Source: NEC RFI Response document

**Network automation delivers OpEx savings**

The ProgrammableFlow Fabric leverages OpenFlow to move the complex and error-prone CLI interfaces into an open and standardized interface. This network automation and configuration works with switches from multiple vendors to provide point-and-click virtual network design and automated topology discovery.

Discovery operates automatically for all devices on the network. Flows can be moved off of devices without interrupting network sessions and when an end point, such as a VM, moves physical locations, the policy automatically moves with it. A design for automation extends to third-party systems that can make on-demand calls to the API to create, edit and delete virtual networks, as well as to add and remove policies.

https://magri.biz/brochures/Programmable-Flow.pdf

2. How does the SDN ecosystem support network related entity discovery, connection, configuration, performance and fault management?

*Rationale:* To maintain the functional network management capabilities available to legacy non-SDN networks.

*Response:* NEC has developed several entity discovery mechanisms in addition to those defined in the OpenFlow protocol specification. The OpenFlow protocol specification defines the means to discover and negotiate capabilities with software and hardware based switches. The NEC ProgrammableFlow Controller uses various common and open technologies to discovery switch topology such as links and link capacity. In addition to these technologies the NEC controller supports discovery of hosts in the network fabric by VLAN and or MAC address dynamically and in an automated fashion. The NEC controller also supports host discovery based on physical port. All of these entity discovery capabilities are exposed through the Northbound API.

Source: NEC RFI Response document